UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS B. THORNTON,

                Petitioner,

v.

RON HAYNES,

                Respondent.

No. 3:19-CV-5320-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 16).

(2)     Petitioner's federal habeas Petition is denied.

(3)     For the reasons stated in the Report and Recommendation, a certificate of appealability is denied in this case.

(4)     *In forma pauperis* status may continue on appeal.

**DATED** this 11th day of March, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1